NATHAN KLEIN, Individually and as President, and ALBERT GREY, as Financial Secretary-Treasurer, of the United Housesmiths, Ornamental and Architectural Iron Bronze Stage Equipment Metal Furniture and Metal Specialties Workers Union of Greater New York and Vicinity, Local No. 52 of the International Association of Bridge, Structural and Ornamental Iron Workers, Respondents, Appellants, *v.* PAUL J. MORRIN, Individually and as President of the International Association of Bridge, Structural and Ornamental Iron Workers, and Others, Defendants, Impleaded with JOSEPH BOYEN, Individually and as President of the United Housesmiths, Ornamental and Architectural Iron Bronze Stage Equipment Metal Furniture and Metal Specialties Workers Union of Greater New York and Vicinity, Local No. 447, of the International Association of Bridge, Structural and Ornamental Iron Workers, Appellant, Respondent.

First Department, May 29, 1936.

*Harold Stern*, for the defendant-appellant-respondent.

*Louis B. Boudin*, for the plaintiffs-respondents-appellants.

PER CURIAM. The trial court, in our opinion, correctly held the expulsion of local 52 to be illegal and should, therefore, have enjoined local 447 from representing to employers of labor that the members of local 52 are non-union workers not affiliated with the international union or with the American Federation of Labor. On the appeal of the plaintiffs-respondents-appellants the judgment should, to that extent, be modified with costs to the plaintiffs. On the appeal of the defendant-appellant-respondent the judgment should be affirmed.

Present — MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ.

Judgment so far as appealed from by the plaintiffs unanimously modified as indicated in opinion, with costs to the plaintiffs. Judgment so far as appealed from by the defendant unanimously affirmed. The findings inconsistent with this determination should be reversed and such new findings made of facts proved upon the trial as are necessary to sustain the judgment hereby awarded. Settle order on notice.